No. 293

SCHMOLZER v. COLUMBUS (City)

Ohio Appeals, 2nd Dist., Franklin County
No. 1083. Decided Feb. 28, 1924

**801. MUNICIPAL LAW—Municipality is not liable for injuries growing out of the exercise by the municipality of its governmental powers, although it acts under its charter.**

KUNKLE, J. Epitomized Opinion
Published Only in Ohio Law Abstract

This is an action by Schmolzer to recover from the City of Columbus damages for a tort alleged to have been committed by one of the police officers. In affirming the judgment denying a recovery, the Court of Appeals held:

1. The determination of this case is controlled by the decision of the Supreme Court in the Aldrich case, 106 OS. 348. The municipality is not liable for injuries growing out of

## STATE COURT OF APPEALS—Continued

the exercise by the municipality of its governmental power, and there is no distinction between a case where the municipality acts under a statute and a case where it acts under its charter as in the instant case.

Attorneys—Hogan, Hogan & Hogan, for Schmolzer; C. A. Leach and C. F. Laylin, for Columbus. all of Columbus.